LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

September 10, 2026

**Via ECF**
Honorable Jesse M. Furman U.S.D.J.
United States District Court
500 Pearl St.
New York, NY 10007

Re: *Saldivar v. DHY Sonamoo LLC et al*
Case No. 1:26-cv-06784

Dear Judge Furman,

We represent Plaintiff in the above-referenced action and respectfully write regarding Defendants' refusal to waive service of process, and to respectfully request that the Court direct Defendants to show good cause for their refusal to waive service or, alternatively, direct Defendants to sign and return the Rule 4 Waiver of Service previously submitted by Plaintiff.

In an effort to avoid the unnecessary costs associated with formal service, Plaintiff previously contacted Defendants' counsel and provided the Complaint, Notice of a Lawsuit and Request to Waive Service of a Summons, and Waiver of the Service of Summons, requesting that Defendants voluntarily waive service pursuant to Federal Rule of Civil Procedure 4(d).

On August 21, 2026, Defendants' counsel expressly declined Plaintiff's request, stating, "We will not waive service," with no basis. Further, Plaintiff's counsel met and conferred by email with Defense counsel, Douglas Catalano, who reaffirmed Defendants' refusal to accept service in this matter. The parties met and conferred today, and Mr. Catalano said he refused to waive service because he doesn't want to encourage our firm to file frivolous cases. When I reminded him that clients represented by his firm had paid significant sums to settle other claims, he responded, "I'm a genius and my partners are not".

Rule 4(d) imposes a duty upon defendants to avoid unnecessary expenses associated with service of process. Moreover, disagreement with the merits of an action does not constitute good cause for refusing to waive service.

Defendants' refusal therefore leaves Plaintiff in the position of incurring unnecessary expenses in excess of $600 to formally serve each Defendant individually, despite Defendants' actual notice of this action.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Application DENIED. As Rule 4(d)(2) suggests, the remedy for refusal to waive service "without good cause" is reimbursement of costs associated with service, not an order compelling service.

The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.

September 11, 2026