**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

October 5, 2026

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *WILBERD SALDIVAR v. DHY SONAMOO LLC et al.*, No. 26-CV-06784 – Letter Motion for Relief from Settlement Conference Requirement**

Dear Judge Furman:

We are counsel to Plaintiff in the above-referenced matter. We write jointly with Defendants' counsel, Douglas Catalano, to respectfully request that the Court relieve the parties of the requirement to schedule a settlement conference at this time. *See* **ECF No. 8**.

Both parties believe that a mediation with the Panel would not be productive at this time, as the parties continue to discuss resolution of the matter. Moreover, if the parties are not able to resolve the issues themselves, the parties believe that discovery will appropriately facilitate reaching a resolution.

We thank the Court for its consideration of this request.

Very Truly Yours,

*/s/ C.K. Lee*

C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED. Unless and until the Court orders otherwise, the parties need not schedule a settlement conference. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

October 5, 2026